No. 01–10841.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–10842.  SPEARMAN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–10843.  ZAMBRANA *v.* RAY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–10845.  ALVAREZ-LICONA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–10846.  C. D. *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 01–10847.  PHELPS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–10848.  DOSS *v.* BAILEY.  C. A. 5th Cir.  Certiorari denied.

No. 01–10849.  CAMPBELL *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–10850.  CORREA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–10852.  CHINAKOOL *v.* KORNLAND BUILDING ET AL. C. A. 9th Cir.  Certiorari denied.

No. 01–10853.  KENNEY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–10854.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–10855.  MICHAUD *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–10856.  ROJAS-MILLAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–10857.  MEACHUM *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–10858.  MILLER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.